UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIRO ANGEL PEROZO QUINTERO,<br><br>                      Petitioner,<br><br>-against-<br><br>KENNETH GENALO, *Field Office Director of New York ICE Enforcement and Removal Operations*; OFFICER-IN-CHARGE / SUPERVISORY DETENTION & DEPORTATION OFFICER, *NYC Field Office Hold Room (26 Federal Plaza)*; TODD LYONS, *Acting Director U.S. Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; PAMELA BONDI, *U.S. Attorney General*; DEPARTMENT OF HOMELAND SECURITY (DHS); and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR),<br><br>                      Respondents. | Case No. 1:26-cv-01588 (JLR)<br><br>**MEMORANDUM OPINION AND ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Petitioner Ciro Angel Perozo Quintero, who was detained by immigration authorities on or about February 25, 2026, petitions for the writ of habeas corpus under 28 U.S.C. § 2241. *See* Dkt. 1. Petitioner contends that he is being incorrectly detained pursuant to 8 U.S.C. § 1225(b) instead of 8 U.S.C. § 1226(a) and is therefore eligible for immediate release from custody. *Id.* ¶ 25. By Order entered February 26, 2026, the Court scheduled a conference for March 13, 2026, at 10:00 a.m. and directed Respondents to submit a letter by March 2, 2026, addressing, among other things, whether there is any basis to distinguish this case from *Guzman Andujar v. Francis*, No. 25-cv-09199 (JLR), 2025 WL 3215597 (S.D.N.Y. Nov. 18, 2025) or *Campbell v. Almodovar*, No. 25-cv-09509 (JLR), 2025 WL 3538351 (S.D.N.Y. Dec. 10, 2025), and, if not, whether Respondents would consent to issuance of the writ — subject to preservation of

Respondents' arguments for appeal.  *See* Dkt. 6.

On March 2, 2026, Respondents filed their letter.  *See* Dkt. 15.  That letter states that "the Court can decide this matter without further briefing."  *Id.* at 2.  More specifically, Respondents concede that "[t]he instant case is not materially distinguishable from the facts and legal issues presented in the Court's decisions in *Guzman Andujar* and *Campbell*" and that the Court's decisions in *Guzman Andujar* and *Campbell* "would control the result in this case if the Court adheres to its prior decisions."  *Id.*  The Court adheres to its decision in *Guzman Andujar*.  Accordingly, and in light of Respondents' concessions (even as they "reserve[e] all rights, including the right to appeal," *id*.), the Petition for the writ of habeas corpus is GRANTED.

Respondents shall release Petitioner in this District — and file certification thereof — by **March 4, 2026, at 10:00 a.m.**

The conference scheduled for March 13, 2026 is hereby canceled as moot.  The Clerk of Court is respectfully directed to close this case.

Dated: March 3, 2026
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge