**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CIRO ANGEL PEROZO QUINTERO,

                Petitioner,

        -against-

KENNETH GENALO, Field Office Director of
New York ICE Enforcement and Removal
Operations; OFFICER-IN-CHARGE /
SUPERVISORY DETENTION &
DEPORTATION OFFICER, NYC Field Office
Hold Room (26 Federal Plaza); TODD
LYONS, Acting Director U.S. Immigration and
Customs Enforcement; KRISTI NOEM,
Secretary, U.S. Department of Homeland
Security; PAMELA BONDI, U.S. Attorney
General; DEPARTMENT OF HOMELAND
SECURITY (DHS); and EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW
(EOIR),

                Respondents.
------------------------------------------------------------X

26 **CIVIL** 1588 (JLR)

**<u>JUDGMENT</u>**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated March 3, 2026, the Petition for the

writ of habeas corpus is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       March 5, 2026

                            **TAMMI M. HELLWIG**

                            _____
                                  **Clerk of Court**

        **BY:**       K. mango

                              _____
                                 **Deputy Clerk**